IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TECH USA, LLC | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.  WDQ 13cv1813 |
| KRISTEN FRUSTILLO | * | |
| SOLOMON EDWARDS GROUP, LLC | * | |
| Defendants | * | |

\*\*\*\*\*\*

### ORDER

Plaintiff having failed to serve the summons and complaint upon Kristen Frustillo and Solomon Edwards Group, LLC within 120 days after the filing of the complaint, IT IS, this 22d day of October, 2013,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

William D. Quarles, Jr.
United States District Judge