# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| TECH USA, LLC, | ) |
|     Plaintiff | ) |
| vs. | ) Civil Action No.: WDQ 13cv1813 |
| KRISTEN FRUSTILLO, | ) |
| and | ) |
| SOLOMON EDWARDS GROUP, LLC, | ) |
|     Defendants | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Tech USA, LLC responds to the Court's Order to Show Cause. The Order recites that, because the Court file does not reflect service having been made of the Summons and Complaint upon the Defendants, the Plaintiff has fourteen (14) days within which to show cause why the action should not be dismissed without prejudice.

In fact, service was made of the Summonses, Complaint, Exhibits, Civil Cover Sheet and Rule 103.3 Disclosure on both Defendants on June 25, 2013. See **Exhibit 1** hereto. As shown therein:

1. On June 21, 2013 at 3:48 pm, counsel for Plaintiff asked counsel for Defendants if he would accept service for them.

2. On June 25, 2013 at 11:48 am, counsel for Defendants Leonard Lundy wrote "I am accepting service on behalf of both defendants."

3. In accordance with Federal Rule of Civil Procedure 5(b)(2)(E), counsel for Plaintiff requested that day, at 12:17 pm, that Mr. Lundy confirm he was accepting service by EMAIL.

4. Mr. Lundy replied "YES" at 12:48 pm on that day.

5. Service was effected by email at 1:00 pm that day, June 25, 2013.

Plaintiff omitted filing a notice that service had been effected, however. It now does so.

Defendants' responses to the Complaint are not overdue. The parties agreed informally to defer them to discuss settlement, a process that is now almost completed.

Accordingly, we request the Court to Order that Plaintiff has satisfied its obligation to SHOW CAUSE and that the case should not be dismissed.

Respectfully Submitted,

Dated: October 22, 2013

Allan P. Hillman
Kern & Hillman, LLC
2911 Dixwell Avenue, Suite 203
Hamden, CT 06518-3915
(203) 782-9076
allan@franchiselawsource.com
U.S. District Court No. 00119

Attorney for Plaintiff

# Andrew Marchant-Shapiro

**From:** Andrew Marchant-Shapiro
**Sent:** Tuesday, June 25, 2013 1:00 PM
**To:** 'Lundy, Leonard'; Allan Hillman; 'Grover C. Outland'
**Subject:** RE: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)
**Attachments:** Exhibit C.pdf; Exhibit D.pdf; SUMMONSES.pdf; APH 103.3.pdf; complaint.pdf; cover sheet.pdf; Exhibit A.pdf; Exhibit B.pdf

Attorney Lundy: 

In accordance with your agreement with Mr. Hillman and Mr. Outland, I am serving both defendants by sending this email to you. Attached please find (in PDF format):

1.  The Civil Cover Sheet;
2.  The Complaint;
3.  Exhibits A, B, C, and D to the Complaint;
4.  Mr. Hillman's Local Rule 103.3 Disclosure;
5.  Summonses as to both Defendants (in one file).

Andrew Marchant-Shapiro
Legal Assistant
Kern & Hillman, LLC
2911 Dixwell Avenue, Suite 203
Hamden , Connecticut 06518
http://www.franchiselawsource.com/
andrew@franchiselawsource.com
203-782-9076
203-782-9081 facsimile


-----Original Message-----
From: Lundy, Leonard [mailto:LLundy@lundylaw.com]
Sent: Tuesday, June 25, 2013 12:48 PM
To: Allan Hillman; 'Grover C. Outland'
Cc: Andrew Marchant-Shapiro
Subject: RE: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)

YES

-----Original Message-----
From: Allan Hillman [mailto:Allan@franchiselawsource.com]
Sent: Tuesday, June 25, 2013 12:17 PM
To: Lundy, Leonard; 'Grover C. Outland'
Cc: Andrew Marchant-Shapiro
Subject: RE: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)

Leonard,

1

EXHIBIT 1

Thanks. Given the specific command of Federal Rule of Civil Procedure 5 (b) (2) (E), please confirm that you are accepting EMAIL service.( A simple "yes" will suffice)

Thanks, Allan

Allan P. Hillman
Kern & Hillman, LLC
2911 Dixwell Avenue   Suite 203
Hamden, CT 06518-3915
Tel: (203) 782-9076
Cell: (860) 878-0826
Fax: (203) 782-9081
Admitted in Connecticut and Maryland
allan@franchiselawsource.com
www.franchiselawsource.com


-----Original Message-----
From: Lundy, Leonard [mailto:LLundy@lundylaw.com]
Sent: Tuesday, June 25, 2013 11:48 AM
To: 'Grover C. Outland'
Cc: Allan Hillman; Andrew Marchant-Shapiro
Subject: RE: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)

I am aceepting service on behalf of both defendants.  However, because of the location of the filing the defendants will select local and trial counsel.

-----Original Message-----
From: Grover C. Outland [mailto:outland@techusa.net]
Sent: Tuesday, June 25, 2013 10:38 AM
To: Lundy, Leonard
Cc: Allan Hillman (allan@franchiselawsource.com); Andrew Marchant-Shapiro
Subject: RE: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)

Mr. Lundy:  Thanks for your affirmative reply.  Just to clarify, you represent both of the Defendants and you will accept service via email on behalf of both of them.  Kindly "Reply to All."

Upon receipt of your email reply, Allan Hillman or Andrew Marchant-Shapiro of TECH USA's outside litigation firm Kern & Hillman will email you Complaint, Summons, and other appropriate documentation (as applicable) for each Defendant you represent.


Regards,

Grover C. Outland III
Sr. Vice President & Gen. Counsel
Tech USA

_____
From: Lundy, Leonard [LLundy@lundylaw.com]
Sent: Monday, June 24, 2013 6:38 PM

2

3

To: Grover C. Outland
Subject: RE: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)

I will accept service.

From: Grover C. Outland [mailto:outland@techusa.net]
Sent: Friday, June 21, 2013 3:48 PM
To: Lundy, Leonard
Cc: Grover C. Outland
Subject: Frustillo, Kristen and Solomon Edwards Group ads TECH USA, LLC (D. Md.)
Importance: High

Mr. Lundy:



I had hoped to reach you by phone to discuss this matter; your assistant Amanda advises that you are off-site at a location where you are unable to take calls. Therefore, following my call to your office, I refrained from calling your cell phone, having stated to Amanda that I would email you instead. Please be advised that my company TECH USA, LLC filed on Thursday, June 20, 2013 in the U.S. District Court for the District of Maryland a Complaint for Injunctive and Other Relief against the two Defendants noted in the above Subject line. The Summonses in this case were received from the Clerk of Court earlier today. Do you represent one or both Defendants?

As a courtesy to you, I offer to serve you with the Complaint, Exhibits thereto, and Summons via email, if you will accept service on behalf of both of the Defendants. Naturally, if we must serve the Defendants by private process server, that will increase the costs of suit.

Please reply to advise me on the above by 1:00 pm on Monday, June 24.


Regards,

Grover C. Outland III
Sr. Vice President & Gen. Counsel
Tech USA

Office:   410-846-9095
Cell:     410-353-3657
Fax:      410-987-3060
Email:    gco@techusa.net<mailto:gco@techusa.net>

---

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited.

3